IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FOR HILDA T. RICCIO, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:08-CV-0165 |
| Plaintiff, | Hon. Gregory L. Frost |
| v. | |
| HUNTINGTON BANCSHARES INCORPORATED, HUNTINGTON BANCSHARES INCORPORATED PENSION REVIEW COMMITTEE, HUNTINGTON INVESTMENT AND TAX SAVINGS PLAN ADMINISTRATIVE COMMITTEE, THOMAS E. HOAGLIN, MELINDA ACKERMAN, and JOHN DOES 1-10, | |
| Defendants. | |
| | |
| NATHAN CEDARLEAF AND AILEEN M. MOENING, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:08-CV-0175 |
| Plaintiffs, | Hon. Algenon L. Marbley |
| v. | |
| HUNTINGTON BANCSHARES INCORPORATED, MARTY E. ADAMS, RAYMOND J. BIGGS, DON M. CASTO, III, MICHAEL J. ENDRES, MARYLOUISE FENNELL, JOHN B. GERLACH, JR., D. JAMES HILLIKER, THOMAS E. HOAGLIN, DAVID P. LAUER, WM. J. LHOTA, JONATHAN A. LEVY, GENE E. LITTLE, GERARD P. MASTROIANNI, DAVID L. PORTEOUS, KATHLEEN H. RANSIER, and JOHN AND JANE DOES 1-30, | |
| Defendants. | |

2

| | |
|---|---|
| **CAROL UBERTI, Individually and on Behalf of All Others Similarly Situated,** | **Case No. 2:08-CV-0197** |
| | **Hon. John D. Holschuh** |
| **Plaintiff,** | |
| v. | |
| **HUNTINGTON BANCSHARES INCORPORATED, HUNTINGTON BANCSHARES INCORPORATED PENSION REVIEW COMMITTEE, HUNTINGTON INVESTMENT AND TAX SAVINGS PLAN ADMINISTRATIVE COMMITTEE, THOMAS E. HOAGLIN, MELINDA ACKERMAN, SARA HALL, and JOHN DOES 1-20,** | |
| **Defendants.** | |

## ORDER

Having reviewed the amended stipulation of counsel (Doc. # 29), it hereby approved.  **IT IS FURTHER ORDERED THAT:**

(1) The Court **GRANTS** the motions to consolidate and appoint lead class counsel currently pending before Judge Frost in *Riccio v. Huntington Bancshares, Inc. et al.*, Case No. 2:08-cv-00165 (Doc. ## 3, 5);

(2) *Cedarleaf and Moening v. Huntington Bancshares, Inc. et al.*, Case No. 2:08-cv-00175 ("*Cedarleaf*") and *Uberti v. Huntington Bancshares, Inc., et al.*, Case No. 2:08-cv-00197 ("*Uberti*") shall be consolidated with the instant action and assigned to Judge Frost;

(3) The motions to consolidate and appoint lead class counsel currently pending before Judges Marbley and Holschuh in *Cedarleaf and Moening v. Huntington Bancshares, Inc. et al.*,

3

Case No. 2:08-cv-00175 and *Uberti v. Huntington Bancshares, Inc., et al.*, Case No. 2:08-cv-00197, respectively, are now moot;

(4) Paragraph 7(a) of the Plaintiffs' [Proposed] Order Consolidating Related Actions And Appointing Interim Lead Plaintiffs and Interim Co-Lead and Liaison Counsel, signed concurrently herewith, is revised as follows:

>  (a) in the event that the defendants have not already done so, defendants shall produce to Plaintiffs (1) a list of the names of the individuals who served on the Huntington Investment and Tax Savings Plan's Investment Advisory Committee, the Administrative Committee (at times referred to as the Benefits Committee), and the Pension Review Committee of the Board of Directors of Huntington Bancshares Incorporated during the proposed class period, (2) the prospectuses for the investment options that were offered to participants in the Plan during the proposed class period, and (3) any Trust Agreements effective during the proposed class period, including but not limited to, any Trust Agreements where Huntington National Bank is the Trustee.

(5) Defendants do not need to respond to the pending separate complaints and may file their responsive pleading after Plaintiffs file a single consolidated complaint.

**IT IS SO ORDERED.**

Dated: May 13, 2008

/s/ Gregory L. Frost
Honorable Gregory L. Frost
United States District Judge